

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2021

No. 04-20-00529-CV

**IN RE MICAH MCKINNEY**

Original Mandamus Proceeding[1]

**ORDER**

On November 2, 2020, relator filed a petition for writ of mandamus. After considering the petition, the response, the reply, and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on January 27, 2021.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 15606, styled *In the Matter of the Marriage of Leslie McKinney and Micah McKinney and the Interest of D.O.M. and F.J.M., Children*, pending in the 216th Judicial District Court, Gillespie County, Texas, the Honorable Albert D. Pattillo, III presiding.